IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

LAURIE A. WALTZ,

    Defendant.

CRIMINAL

CR 07-291 & CR 07-403

(Honorable Gary L. Lancaster)

## ORDER

AND NOW, this 2nd day of Jan, 2009, it is hereby ORDERED that Defendant is permitted to travel to El Paso, Texas on December 30, 2008 until January 1, 2009 and to Camp Hill, Pennsylvania on January 4, 2009 until January 17, 2009. She is excused from drug testing from December 30, 2008 until January 1, 2009 and from January 4, 2009 until January 17, 2009.

BY THE COURT:

/s/ Gary L. Lancaster, J.