IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

LAURIE A. WALTZ,

    Defendant.

CRIMINAL

CR 07-291 & CR 07-403

(Honorable Gary L. Lancaster)

## ORDER

AND NOW, this 18th day of Feb, 2009, upon consideration of defedant's Motion to Modify Conditions of Bond, IT IS HEREBY ORDERED that the motion is GRANTED and the Defendant is excused from drug testing and reporting from February 27, 2009 until March 27, 2009.

BY THE COURT:

/s/ Gh Lancaster, J.